**Order entered September 13, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00133-CR

**ESTEBAN GARCIA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-83445-2016**

## ORDER

Before the Court is appellant's September 11, 2018 final motion to extend time to file his brief. We **GRANT** his motion and **ORDER** the brief received that same day filed as of the date of this order.

/s/    CRAIG STODDART
          JUSTICE